UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ABREONA CHEVON ALEXIS BATTS,

  Plaintiff,

Vs.                                  CASE NO.: 4:25-cv-00135-RSB-CLR

TRANS UNION LLC; and I.Q. DATA
INTERNATIONAL, INC.,

  Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANSUNION LLC

COMES NOW Plaintiff, ABREONA CHEVON ALEXIS BATTS, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANSUNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 21st day of June 2025.

    Respectfully submitted,

                                                **/s/Octavio Gomez**
                                                Octavio "Tav" Gomez
                                                Florida Bar #:0338620
                                                Georgia Bar #: 617963

Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 21st day of July, 2025, via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

*/s/ Octavio Gomez*
Octavio "Tav" Gomez, Esquire
Georgia Bar #: 617963
The Consumer Lawyers, PLLC
Attorney for Plaintiff.