IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ABREONA CHEVON ALEXIS BATTS, | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-135 |
| v. | |
| I.Q. DATA INTERNATIONAL, INC., | |
| Defendant. | |

**O R D E R**

Before the Court is a "Joint Motion to Dismiss Defendant I.Q. Data International, Inc. With Prejudice," signed by counsel for Plaintiff and counsel for the sole remaining Defendant, in which Plaintiff and Defendant state that they have entered into a settlement agreement resolving this action and they seek the dismissal of this action with prejudice, with each party to bear its own costs, expenses, and attorney's fees. (Doc. 26.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all pending claims in this action have been **DISMISSED with prejudice**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 2nd day of February, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA